ORIGINAL

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NATURAL PRODUCTS GROUP, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10239 (BLS) |
| In re<br><br>ARBONNE INTERMEDIATE HOLDCO, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10240 (BLS) |
| In re<br><br>LEVLAD INTERMEDIATE HOLDCO, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10241 (BLS) |
| In re<br><br>ARBONNE INTERNATIONAL, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10242 (BLS) |
| In re<br><br>LEVLAD, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10243 (BLS) |
| In re<br><br>ARBONNE INSTITUTE OF RESEARCH AND DEVELOPMENT, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 10-10244 (BLS) |

| | )  |                      |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ARBONNE INTERNATIONAL HOLDINGS, INC., | ) | Case No. 10-10245 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| ARBONNE INTERNATIONAL DISTRIBUTION, INC., | ) | Case No. 10-10246 (BLS) |
| | ) | |
| Debtor. | ) | |

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES

Upon the motion, dated January 27, 2010, of the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware for the joint administration of the Debtors' chapter 11 cases for procedural purposes only (the "Motion"), all as more fully set out in the Motion; and upon consideration of the Affidavit of Mark I. Lehman in Support of First Day Motions and Applications, sworn to on the 27th day of January, 2010; it further appearing that the Court has jurisdiction over this matter; and it further appearing that notice of the Motion as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the above-captioned chapter 11 cases be, and hereby are, consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 10-10239 (BLS); and it is further

ORDERED that nothing contained in this Order or the Motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases; and it is further

ORDERED that pleadings in these chapter 11 cases shall be required to bear a caption substantially in the form of the caption attached hereto as Exhibit "A"; and it is further

ORDERED that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Natural Products Group, LLC, Arbonne Intermediate Holdco, Inc., Levlad Intermediate Holdco, Inc., Arbonne International, LLC, Levlad, LLC, Arbonne Institute of Research and Development, LLC, Arbonne International Holdings, Inc., and Arbonne International Distribution, Inc., and the docket in Case No. 10-10239 (BLS) should be consulted for all matters affecting this case.";

and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

Dated: January __, 2010
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NATURAL PRODUCTS GROUP, LLC, et al.,[1] | ) | Case No. 10-10239 (BLS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

---

[1] The debtors and debtors in possession in these cases, along with the last four digits of their respective federal tax identification numbers, are Natural Products Group, LLC (9470); Arbonne Intermediate Holdco, Inc. (5363); Levlad Intermediate Holdco, Inc. (5367); Arbonne International, LLC (2250); Levlad, LLC (3496); Arbonne Institute of Research and Development, LLC (2250); Arbonne International Holdings, Inc. (5671); and Arbonne International Distribution, Inc. (5608).